AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

|  |  |
|---|---|
| milchin, michael<br>*Petitioner*<br><br>v.<br><br>Danbury fci Acting warden NAsh<br>*Respondent*<br>*(name of warden or authorized person having custody of petitioner)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br>*(Supplied by Clerk of Court)* |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: milchin, michael
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: Danbury fci
   (b) Address: Route 37
       Danbury Ct 06811
   (c) Your identification number: 76060-066

3. Are you currently being held on orders by:
   ☑ Federal authorities     ☐ State authorities     ☐ Other - explain: _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: 3rd Circuit Eastern District of PA
   (b) Docket number of criminal case: 17-00284
   (c) Date of sentencing: may 22, 2018
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____
   _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.    What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☑ Other (explain): Cares Act 2020 - Bop refusing to follow Cares Act 2020 guidelines stalling Due Process of inmate filing rights

6.    Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court: _____

(b)  Docket number, case number, or opinion number: _____

(c)  Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

_____

_____

(d)  Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes                    ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: Bop BP-8

(2)  Date of filing: 5/17/22

(3)  Docket number, case number, or opinion number: 1121162

(4)  Result: response on 5/19/22

(5)  Date of result: 5/19/22

(6)  Issues raised: requested review for Cares Act with proper medical records showing inmate has cancer and never recieved treatment or recovered

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

(b) If you answered "No," explain why you did not appeal: _____

_____

8.  **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☑ Yes        ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: Bop   BP. 9

   (2) Date of filing: 5/21/22

   (3) Docket number, case number, or opinion number: 1121162-F2

   (4) Result: no Answer till ~~if then~~,          8/9/22

   (5) Date of result: 8/9/22

   (6) Issues raised: request for Cares Act + Application of FSA credits toward time served

   (b) If you answered "No," explain why you did not file a second appeal: _____

   _____

9.  **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☑ Yes        ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: BP-10   Bop

   (2) Date of filing: 10/5/22

   (3) Docket number, case number, or opinion number: 1121162

   (4) Result: concur with regional office

   (5) Date of resu

   (6) Issues raised: regional office never Answered

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____
_____

10.   **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes                      ☑ No

If "Yes," answer the following:

(a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                   ☐ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____
_____
_____
_____
_____
_____

(b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                   ☑ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____
_____
_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

_____

(c)     Explain why the remedy under 28 USC § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

_____

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                        ☑ No

If "Yes," provide:

(a)     Date you were taken into immigration custody: _____

(b)     Date of the removal or reinstatement order: _____

(c)     Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                        ☐ No

If "Yes," provide:

(1)  Date of filing: _____

(2)  Case number: _____

(3)  Result: _____

(4)  Date of result: _____

(5)  Issues raised: _____

_____

_____

_____

_____

(d)     Did you appeal the decision to the United States Court of Appeals?

☐ Yes                        ☐ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Date of filing: _____

(3)  Case number: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____

_____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☐ No

If "Yes," provide:

(a)  Kind of petition, motion, or application: _____

(b)  Name of the authority, agency, or court: _____

_____

(c)  Date of filing: _____

(d)  Docket number, case number, or opinion number: _____

(e)  Result: _____

(f)  Date of result: _____

(g)  Issues raised: _____

_____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** in 2020 the CARES Act 2020 Bill was Passed into Law Allowing Any inmate who qualifies the Ability to Serve there Sentence on home confinent

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

the Bop refuses to review milchn for
Cares Act with fSA Calculation and his
true medical records Showing cancer.

(b)  Did you present Ground One in all appeals that were available to you?

☐ Yes        ☐ No

**GROUND TWO:** milchn is well over 50 %o with
fSA his Date has changed from 6/29/29
to his new Date 1 year earlier 6/29/28
Qualifies under

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Two in all appeals that were available to you?

☐ Yes        ☐ No

**GROUND THREE:**

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Three in all appeals that were available to you?

☐ Yes        ☐ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes               ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

_____

### Request for Relief

15. State exactly what you want the court to do: transfer to home confinment via cares Act, make offical timely review for home confinment by the HCC, or Anything the court Suggests to make the Bop follow cares Act 2020 guidelines

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  2/5/23 _____          _____

                                                    *Signature of Petitioner*


                                        _____

                                                    *Signature of Attorney or other authorized person, if any*

**(No Subject)**



**mayajoe@optonline.net**

To: mayajoe@optonline.net, mayajoe@optonline.net

02/06/2023 7:16 PM

🗫 1

SUPPORTING FACTS ALL DOCUMENTS WERE FILED
- On May 17, 2022 inmate Milchin filed a informal resolution (BP-8) with his counselor requesting review for CARES ACT with proper medical records showing he has cancer and respiratory issues. The response was received on May 19, 2022 stating "ineligible due to not having served 50% of term"
- On May 21, 2022 inmate Milchin filed a request for administrative remedy (BP-9) to the warden requesting medical exemption for cancer and other health issues and application of FSA credits toward time served for CARES ACT. On May 23, 2022 a receipt was assigned by acting unit manager A.Cocho stating the remedy ID No.1121162-F1 is due on May 30, 2022. No response was received. On June 15, 2022 Milchin received another receipt for ID No. 1121162 stating response due on June 12, 2022 this notice was already days after the due date. On July 25,2022 Danbury requested a extension of time for response dated July 25,2022 the response due date was July 2,2022 over 23 days after the due date showing again Danbury hindering the due process for inmates.
- On August 8, 2022 inmate Milchin filed a regional administrative remedy appeal (BP-10).The appeal clearly stated that no response was never received by Milchin and Danbury had made it impossible at every single step to exhaust the remedy process. Emails to the Warden, AW , Unit Manager , CMC were sent and no response to CARES ACT was ever answer or recieved.Milchin requested that regional review him for CARES ACT and submitted a letter from the Cancer Surgeon stating Milchin was due back for surgery in 2021. Milchin requested CARES ACT and transfer to come confinement via the CARES ACT LAW OF 2020.
-On August 15,2022 Milchin received a response from warden T.Pullen dated August 8,2022 over 2 months after the extended due date. The response stated that Milchin did have Basal Cell Carcinoma , BMI 32.5 and 0.75 pkgs per day x 4 years and he can be medical managed at FCI Danbury and does not present a greater risk for Covid-19 also a release date of June 27, 2029 was only 42.8% of his sentence completed. Cancer is one of the highest risk factors for Covid-19 and the CARES ACT does not state anywhere that if the facility believes they can manage your medical needs that you can not receive CARES ACT especially since now we are in February of 2023 and Milchin was diagnosed with Cancer March of 2021 he still has not received treatment or surgery.
-On August 15,2022 Milchin once again Re-filed a Regional administrative remedy appeal (BP-10) this time with the wardens answer and again requested CARES ACT and stated the answer was 2 months past the due date once again making the due process impossible. Milchin again requested CARES ACT due to the lack of treatment for cancer or to be correct ZERO treatment for his cancer. No answer was received .
-On October 5,2022 still no answer was given for the BP-10 even after the deadline passed. Milchin then filed a Central office administrative remedy appeal (BP-11) it clearly stated that the BP-9 was never answered when the BP-10 was filed , Milchin has provided both receipts to central office from the BOP showing that a BP-9 was filed and was assigned case number 1121162 the copy is in the administrative remedy system where the BOP can pull any copy they want anytime they please. Once again MIlchin requested review for CARES ACT and transfer to home confinement .
-On October 28,2022 Milchin received a rejection notice from central office that stated "concur with rational of regional office". They concurred with regional office , how when regional never answered the BP-10. This shows exactly how the BOP will do anything not to allow a inmate there right of due process in every single level.
-On January 3, 2023 milchin received his response from regional office for the BP-10 dated August 15,2022 over 4 months after it was filed and 2 months after central office some how had "concurred with rations of regional office. This response is signed by regional director J C. Petrucci and dated November 17,2022 . How could Central office "Concur" with regional office if the response by the regional director was only singed and dated November 17,2022 but the Central office response was done October 28,2022 almost 3 weeks before regional director even answered the BP-10. The BOP will commit fraud and backdate any legal federal documents not to allow any inmate a positive outcome with administrative remedy. The administrative remedy system is not there to help inmates but hinder there road to getting anything accomplished. This process started with a BP-8 in May 2022 and ended finally January 2023 8 months after Milchin started the administrative remedy process.
- Added is a memorandum for chief executive officers dated April 12,2021 subject title HOME CONFINMENT. This document was filed by the government it self on 4/11/22 Case 3:22-cv-00195-KAD showing all the guidelines for home confinement to receive the transfer in the BOP. Milchin qualifies under every single factor below:

…review inmates institutional discipline history for the last twelve months (milchin has no incident reports in the past 12or 24 months)

-Ensuring inmate has a verifiable release plan ( Milchin has a address with family in new york and employment with family business)

-Verify inmates primary offense is not violent,sex offense or terrorism. ( MIlchin has no such crimes)

-Ensuring inmate is low or minimum security ( Milchin scores 4 points Minimal security with out custody)

-Ensuring inmate has low or minimum PATTERN SCORE ( MIlchin has always been a low PATTERN SCORE)

-Ensuring Inmate has no gang-related activity (Milcihin has never been with or associated with any gang in or out of prison)

-Review the COVID-19 vulnerability of the inmate with CDC guidelines ( Milchin has been diagnosed with cancer with no treatment now almost over 2 years , has a high BMI and issues with respiratory system where he uses a inhaler and history of over 10 years of as a smoker all listed on the CDC guidelines for COVID-19 risk factors)

-Confirming the inmate has served over 50% of his time( Milchin Computation data shows his inmate release is now 6/27/2028 and any search on the BOP inmate locator will show the same date instead of his old date of 6/27/2029 which puts him well over 50% time served)

-Letter dated 7/14/2022 from Advanced Specialty Care stating that Milchin was last seen on 7/23/2021 and that mr.milchin was prescribed a temporary topical treatment , with the understanding that the patient would schedule for surgical treatment after he left the facility. The letter also recommended that the patient is seen by a Mohs surgeon or a plastic surgeon to discuss the next steps in management of his Basal Cell Carcinoma. This letter clearly shows that the BOP has no intention of treating milchin for his cancer which has only gotten worse but oddly enough Warden Pullen claimed Danbury was taking care of all medical needs. This is direct medical neglect.

-Medical record from 8/23/22 visit to Advanced Specialty Care over 1 year after initial visit the record clears shows the problem is worsened and occurs continuously. The lesion(s) of concern is described as growing. The record clearly states patient had a biopsy of a lesion and no further treatment was performed. The Surgeon ordered Excision of BCCA nose and full thickness skin graft from neck. The surgeon also noted the dangers but not limited to infection, bleeding , cosmetic changes , scarring , general anesthesia, revision surgery etc..

-It is clear that Milchin should have been approved for CARES ACT or at least sent to the Home Confinement Committee for immediate review but Danbury FCI made it impossible and regional as well as central office helped hinder an chance MIlchin had for CARES ACT. The BOP should be held liable for there direct neglect at all levels they were aware that MIlchin was not being treated for Cancer. Danbury did nothing, regional office did nothing and central office did nothing. The BOP should be held financially liable for the direct medical negligence and abuse of inmate Milchin which is noted by the surgeon the cancer has grown and worsened. Milchin asks for immediate transfer to Home Confinement or the court direct the BOP to follow the CARES ACT 2020 law and transfer milchin to home confinement so he can get his surgery done and recover at home.Milchin also asks that if this is not possible the court has free reign to rectify this situation in any way they court seems fit. The bottom line is the CARES ACT 2020 was made for inmates like milchin but the BOP refuses to follow any guidelines.

DAN 1330.18
ATTACHMENT A

### FEDERAL CORRECTIONAL INSTITUTION
### DANBURY, CONNECTICUT
### INFORMAL RESOLUTION

Inmate Name: Milchin, Michael          Reg. No. 76060-066
Unit: H                                 Date: 5/17/22

**NOTICE TO INMATE:** You are advised that normally prior to filing a
Request for Administrative Remedy, BP-229(13), you **must** attempt to
informally resolve your complaint through your Correctional Counselor.
Please follow the three steps listed below:

1. **State your complaint:** Request Renew for cares Act
with Proper medical Records showing cancer, and
Respiratory issues.

2. **State what actions you have made to informally resolve your
complaint:** I spoke w/mrs.murray, mrs. Blackenen, Porter
emailed warden, counster

3. **State what resolution you expect:** Renew for cares Act
with written Response either Approved or
Denied.

Inmate's Signature: _____  Date: 5/17/22

4. **Correctional Counselor's Comments (Steps Taken to Resolve):** _____
You are ineligible due to not having served 50% of your term, or 25% with less than 18 months remaining
on your sentence.

5. Informal Resolution WAS / (WAS NOT) accomplished. (Circle One)

_____                A. Cocho
Correctional Counselor                 Unit Manager

5/19/22                                 5/19/22
Date                                    Date

|           | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|-----------|-------------|---------------|-------------|---------------|--------------|
| DATE      | 5/17/22     | 5/17/22       | 5/19/22     |               |              |
| TIME      | 2pm         | 2pm           | 3pm         |               |              |
| COUNSELOR | CB          | CB            | CB          |               |              |

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: milchin, michael    76060-066    H    Danbury
   LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

Request for Cares Act Review

- medical exemption for Cancer and other health issues

- Application of FSA credits toward time served for cares Act to Bring me to over 50% served.

5/21/22
   DATE

m
   SIGNATURE OF REQUESTER

**Part B- RESPONSE**

MAY 23 2022

DATE                                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**    CASE NUMBER: 1121162-F1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
   LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

   DATE                          RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR    PRINTED ON RECYCLED PAPER    BP-229(13)
APRIL 1982



FEDERAL CORRECTIONAL INSTITUTION
FCI DANBURY

**ADMINISTRATIVE REMEDY PROGRAM**

ASSIGNED TO: _A · Cocho____ Unit manager(Acting)_

DATE RECEIPTED/ASSIGNED: _5/23/2022_____

INMATE NAME: _Milchin, Michael_____ UNIT: _H___

REG NO.: _76060-066___ REMEDY ID NO.: ~~1121~~ _1121162 -F1_

**DATE DUE:** _5/30/2022_____

---

| Date | Initials | |
|------|----------|---|
| ____ | ____ | 1. Dept. Head (Response prepared by: _A · Cocho____ Unit manager_ ) |
| ____ | ____ | 2. _J. Nash____ AWP_ |
| ____ | ____ | 3. Administrative Remedy Coordinator |
| ____ | ____ | 4. Warden |
| ____ | ____ | 5. Administrative Remedy Clerk |

Responses must be saved in the N:\ADMIN REMEDIES\ADMIN REMEDY REQUESTS folder using the six digit
case number assigned to this Administrative Remedy and the inmate's last name.

RECEIPT - ADMINISTRATIVE REMEDY


DATE: JUNE 15, 2022



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      DANBURY FCI

TO  : MICHAEL MILCHIN, 76060-066
      DANBURY FCI     UNT: E    QTR: H03-019L



THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 1121162-F3
DATE RECEIVED   : MAY 23, 2022
RESPONSE DUE    : JUNE 12, 2022
SUBJECT 1       : REDUCTION-IN-SENTENCE REQUEST
SUBJECT 2       :

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: JULY 25, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      DANBURY FCI

TO  : MICHAEL MILCHIN, 76060-066
      DANBURY FCI     UNT: E    QTR: H03-019L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      : 1121162-F3
DATE RECEIVED  : MAY 23, 2022
RESPONSE DUE   : JULY 2, 2022
SUBJECT 1      : REDUCTION-IN-SENTENCE REQUEST
SUBJECT 2      :

TRULINCS  76060066 - MILCHIN, MICHAEL - Unit: DAN-H-A

---------------------------------------------------------------------------------------------------------------------

FROM: 76060066
TO: Warden
SUBJECT: ***Request to Staff*** MILCHIN, MICHAEL, Reg# 76060066, DAN-H-A
DATE: 07/08/2022 05:59:36 PM

To: warden
Inmate Work Assignment: na

as you can see from the email chain i have asked for cares act now via electronic request to yourself, and a BP-8 and now a BP
-9 which is past the deadline, my requests for cares act for home confinement have not been denied but just ignored. i have
camp status, no violence , no criminal history , lowest severity of crime and have respiratory issues as well as basal cell
carsinoma cancer in my face . i am again requesting a review for cares act , also i have not recieved my bp-9 back both remedy
id are listed in the forwarded email and both are past due now.
-----MILCHIN, MICHAEL on 7/6/2022 8:29 AM wrote:

>

-----MILCHIN, MICHAEL on 7/6/2022 8:28 AM wrote:

>

-----MILCHIN, MICHAEL on 7/6/2022 8:28 AM wrote:

>

-----MILCHIN, MICHAEL on 7/6/2022 8:28 AM wrote:

>

I have 2 BP-9 which are past the deadline and i am requesting 2 BP-10's .

remedy id 1124295-F1  which was due on July 5th 2022  for other jail credit (fsa credits applied)

remedy id 1121162-F3 which was completely processed wrong by staff. date recieved was not may 23,2002 the date of the
receipt is june 15,2022 it should have been due back july 5th as well as i submitted both to mr.bozek . (reduction in sentence
request for cares act.

TRULINCS  76060066 - MILCHIN, MICHAEL - Unit: DAN-H-A

---------------------------------------------------------------------------------------------------

FROM: 76060066
TO: AW Operation
SUBJECT: ***Request to Staff*** MILCHIN, MICHAEL, Reg# 76060066, DAN-H-A
DATE: 07/11/2022 09:01:16 AM

To: AW
Inmate Work Assignment: NA

-----MILCHIN, MICHAEL on 7/8/2022 5:59 PM wrote:

>

as you can see from the email chain i have asked for cares act now via electronic request to yourself, and a BP-8 and now a BP
-9 which is past the deadline, my requests for cares act for home confinment have not been denied but just ignored. i have
camp status, no violence , no criminal history , lowest severity of crime and have respiratory issues as well as basal cell
carsinoma cancer in my face . i am again requesting a review for cares act , also i have not recieved my bp-9 back both remedy
id are listed in the forwarded email and both are past due now.
-----MILCHIN, MICHAEL on 7/6/2022 8:29 AM wrote:

>

-----MILCHIN, MICHAEL on 7/6/2022 8:28 AM wrote:

>

-----MILCHIN, MICHAEL on 7/6/2022 8:28 AM wrote:

>

-----MILCHIN, MICHAEL on 7/6/2022 8:28 AM wrote:

>

I have 2 BP-9 which are past the deadline and i am requesting 2 BP-10's .

remedy id 1124295-F1  which was due on July 5th 2022  for other jail credit (fsa credits applied)

remedy id 1121162-F3 which was completely processed wrong by staff. date recieved was not may 23,2002 the date of the
receipt is june 15,2022 it should have been due back july 5th as well as i submitted both to mr.bozek . (reduction in sentence
request for cares act.

TRULINCS  76060066 - MILCHIN, MICHAEL - Unit: DAN-H-A

---------------------------------------------------------------------------------------------------------------

FROM: 76060066
TO: Camp Administrator
SUBJECT: ***Request to Staff*** MILCHIN, MICHAEL, Reg# 76060066, DAN-H-A
DATE: 07/11/2022 04:32:14 PM

To: camp administrator
Inmate Work Assignment: NA

i understand they both were due back to me on the 5th of july it is now the 11th and if i wasent following up nothing would be
told to me. all i want to do is exhaust so i can file with the courts its a nightmare with danbury.
-----Camp Administrator on 7/11/2022 3:22 PM wrote:

>
They are both logged in the system. One is waiting to be picked up by your Unit Team. I will double check on the second one.

From: ~^! MILCHIN, ~^!MICHAEL <76060066@inmatemessage.com>
Sent: Wednesday, July 6, 2022 12:28 PM
To: DAN-InmateToCampAdministrator (BOP) >
Subject: ***Request to Staff*** MILCHIN, MICHAEL, Reg# 76060066, DAN-H-A

To: camp administrator
Inmate Work Assignment: NA

-----MILCHIN, MICHAEL on 7/6/2022 8:28 AM wrote:

>

I have 2 BP-9 which are past the deadline and i am requesting 2 BP-10's .

remedy id 1124295-F1  which was due on July 5th 2022  for other jail credit (fsa credits applied)

remedy id 1121162-F3 which was completely processed wrong by staff. date recieved was not may 23,2002 the date of the
receipt is june 15,2022 it should have been due back july 5th as well as i submitted both to mr.bozek . (reduction in sentence
request for cares act.

TRULINCS  76060066 - MILCHIN, MICHAEL - Unit: DAN-H-A

--------------------------------------------------------------------------------------------------------

FROM: 76060066
TO: East Unit
SUBJECT: ***Request to Staff*** MILCHIN, MICHAEL, Reg# 76060066, DAN-H-A
DATE: 07/12/2022 10:31:18 AM

To: MR.PACHINSKI
Inmate Work Assignment: NA

lol i am relaxed , i spoke with mrs.murray unit manager over 2 weeks ago she told me she is gonna look into my cares act. Mr.P
i have emailed the wardon, the AW , unit manager and case manager they refuse to answer me on my cares act its a
nightmare . first they lied to deny me stating i no longer have cancer but mrs.murray unit manager found out i do have cancer
and i should be getting CARESACT but they do nothing i need your help please.
-----East Unit on 7/12/2022 9:17 AM wrote:

>

I will look into it today.  Try and relax
_____
From: ~^! MILCHIN, ~^!MICHAEL <76060066@inmatemessage.com>
Sent: Wednesday, July 6, 2022 12:28 PM
To: DAN-InmateToUnitEast (BOP) >
Subject: ***Request to Staff*** MILCHIN, MICHAEL, Reg# 76060066, DAN-H-A

To: MR.PACHINSKI
Inmate Work Assignment: NA

-----MILCHIN, MICHAEL on 7/6/2022 8:28 AM wrote:

>

-----MILCHIN, MICHAEL on 7/6/2022 8:28 AM wrote:

>

I have 2 BP-9 which are past the deadline and i am requesting 2 BP-10's .

remedy id 1124295-F1  which was due on July 5th 2022  for other jail credit (fsa credits applied)

remedy id 1121162-F3 which was completely processed wrong by staff. date recieved was not may 23,2002 the date of the
receipt is june 15,2022 it should have been due back july 5th as well as i submitted both to mr.bozek . (reduction in sentence
request for cares act.

TRULINCS  76060066 - MILCHIN, MICHAEL - Unit: DAN-H-A

---------------------------------------------------------------------------------------------

FROM: 76060066
TO: CMC
SUBJECT: ***Request to Staff*** MILCHIN, MICHAEL, Reg# 76060066, DAN-H-A
DATE: 07/25/2022 01:11:11 PM

To: CMC
Inmate Work Assignment: na

-----MILCHIN, MICHAEL on 7/25/2022 1:10 PM wrote:

>

i recieved a extension of time response for remedy id-1121162-F3 the response was due july 2nd and now july 25th over 20 days past the deadline you request a extention that is not in the remedy program statement you are making up rules and refusing to answer BP-9 i will file with the courts immediatly for relief. this goes for remedy id 1124295-F1 the response was not due on july 25th you changed it and now again asking for a extention if it was recieved june 15 2022 and a BP-9 has only 20 days response time as in the administrative remedy program statment how can the due date be july 25th over 30 days later. it was due in the begining of july now weeks later danbury asks for a extention. once again making it impossible to exhaust .

TRULINCS  76060066 - MILCHIN, MICHAEL - Unit: DAN-H-A

---------------------------------------------------------------------------------------------------

FROM: 76060066
TO: AW Operation
SUBJECT: ***Request to Staff*** MILCHIN, MICHAEL, Reg# 76060066, DAN-H-A
DATE: 07/25/2022 01:11:54 PM

To: AW
Inmate Work Assignment: na

-----MILCHIN, MICHAEL on 7/25/2022 1:11 PM wrote:

>

-----MILCHIN, MICHAEL on 7/25/2022 1:11 PM wrote:

>

-----MILCHIN, MICHAEL on 7/25/2022 1:10 PM wrote:

>

i recieved a extension of time response for remedy id-1121162-F3 the response was due july 2nd and now july 25th over 20
days past the deadline you request a extention that is not in the remedy program statement you are making up rules and
refusing to answer BP-9 i will file with the courts immediatly for relief. this goes for remedy id 1124295-F1 the response was not
due on july 25th you changed it and now again asking for a extention if it was recieved june 15 2022 and a BP-9 has only 20
days response time as in the administrative remedy program statment how can the due date be july 25th over 30 days later. it
was due in the begining of july now weeks later danbury asks for a extention. once again making it impossible to exhaust .

TRULINCS  76060066 - MILCHIN, MICHAEL - Unit: DAN-H-A

--------------------------------------------------------------------------------------------

FROM: 76060066
TO: Warden
SUBJECT: ***Request to Staff*** MILCHIN, MICHAEL, Reg# 76060066, DAN-H-A
DATE: 07/25/2022 01:11:36 PM

To: warden
Inmate Work Assignment: na

-----MILCHIN, MICHAEL on 7/25/2022 1:11 PM wrote:

>

-----MILCHIN, MICHAEL on 7/25/2022 1:10 PM wrote:

>

i recieved a extension of time response for remedy id-1121162-F3 the response was due july 2nd and now july 25th over 20
days past the deadline you request a extention that is not in the remedy program statement you are making up rules and
refusing to answer BP-9 i will file with the courts immediatly for relief. this goes for remedy id 1124295-F1 the response was not
due on july 25th you changed it and now again asking for a extention if it was recieved june 15 2022 and a BP-9 has only 20
days response time as in the administrative remedy program statment how can the due date be july 25th over 30 days later. it
was due in the begining of july now weeks later danbury asks for a extention. once again making it impossible to exhaust .

TRULINCS  76060066 - MILCHIN, MICHAEL - Unit: DAN-H-A

---------------------------------------------------------------------------------------

FROM: 76060066
TO: CMC
SUBJECT: ***Request to Staff*** MILCHIN, MICHAEL, Reg# 76060066, DAN-H-A
DATE: 07/06/2022 08:28:00 AM

To: CMC
Inmate Work Assignment: na

I have 2 BP-9 which are past the deadline and i am requesting 2 BP-10's .

remedy id 1124295-F1  which was due on July 5th 2022  for other jail credit (fsa credits applied)

remedy id 1121162-F3 which was completely processed wrong by staff. date recieved was not may 23,2002 the date of the receipt is june 15,2022 it should have been due back july 5th as well as i submitted both to mr.bozek . (reduction in sentence request for cares act.

```
                REJECTION NOTICE - ADMINISTRATIVE REMEDY
```

DATE: SEPTEMBER 30, 2022


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : MICHAEL MILCHIN, 76060-066
      DANBURY FCI     UNT: E    QTR: H03-019L
      ROUTE 37
      DANBURY,  CT 06811


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1121162-R2     REGIONAL APPEAL
DATE RECEIVED  : AUGUST 29, 2022
SUBJECT 1      : REDUCTION-IN-SENTENCE REQUEST
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: milchin michael _____ 76060-066 ____ H ____ Danbury fci
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

**Part A - REASON FOR APPEAL**

On may 23, 2022 I submitted a BP-8 for cares Act. I then submitted A BP-9 on 5-23-22 the response Date was Due by 6/12/22. I never recieved a response. On 7-25-22 I recieved a extention for 112116.2-f3 Due by 7-2-22 over 2 months and no response. I have emailed warden, Aw, unit manager, cmc no response to cares Act. I Submitted Letter to staff from Surgeon stating I am a year Past Due for cancer surgery. Staff Refuses to Answer BP-9 Request cares Act transfer to home confinement.

8-9-22 _____
DATE

_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

AUG 29 2022

NERO-PHILADELPHIA

_____　　　　　　　_____
DATE　　　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY　　　　　CASE NUMBER: 1121162 87

**Part C - RECEIPT**

　　　　　　　　　　　　　　　　　　　　CASE NUMBER: _____

Return to: _____　　_____　_____　_____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

_____　　　　　　　_____
DATE　　　　　　　　SIGNATURE, RECIPIENT OF REGIONAL APPEAL

FPI-PEPR　　　　　PRINTED ON RECYCLED PAPER　　　　　BP-230(13)
　　　　　　　　　　　　　　　　　　　　　　　　JUNE 2002



**U.S. Department of Justice**

Federal Bureau of Prisons

Memorandum

---

FCI DANBURY
33 E Pembroke rd.
Danbury, CT 06811

8/15/2022

MEMORANDUM TO:   Administrative Remedy Coordinator Northeast Region

FROM:   D. Bozek, Correctional Counselor

Subject:   Administrative Remedy inmate Milchin, Michael #76060-066

Inmate Milchin was provided the response dated 08-09-2022 to administrative remedy 1121162-F3 today on 08-15-2022. Please allow the appropriate additional time in accordance with policy to process the administrative remedy.

REQUEST FOR ADMINISTRATIVE REMEDY
Part B - Response

**Name:** MILCHIN, Michael         **Admin. Remedy Case #:** 1121162-F3

**Reg. No.:** 76060-066            **Unit:** H-A

This is in response to your Request for Administrative Remedy, dated June 21, 2022, wherein you are requesting review for Cares Act with correct records showing respiratory issues as well as Cancer.

Your case was reviewed for home confinement under the CARES Act legislation of 2020 and directives issued to the Bureau of Prisons, dated April 13, 2021.  You currently have the medical risks factors of basal cell carcinoma of the skin, BMI 32.5%, and 0.75 pkgs per day x 4 years and can be medically managed at FCI Danbury.  You are deemed inappropriate for home confinement placement under the CARES Act, as you do not present a greater risk for Covid-19.  In addition, you have only served 42.8% of your sentence, with a release date of June 27, 2029.

Accordingly, your request for Administrative Remedy is denied.

If you are not satisfied with this decision, you may appeal to the Regional Director at Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania, 19106. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_____                    8/9/2022
T. Pullen, Warden                          Date

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Michin, Michael     76060-066     H     Fci Danbury
          LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.       UNIT       INSTITUTION

**Part A - REASON FOR APPEAL**

the Date of BP-9 is 6/7/22 not 6/21/22 the response was Due on July 5th it is now August 15th almost 2 months Later. I Requested cares Act All Records show cancer, CDC Lists cancer as high covid-19 Risk factor. Also use Albuterol inhaler Another covid-19 Risk factor. Records show I have Been waiting for surgery for over 12 months now how is Danbury managing my health issues. and what is 0.75 pkgs per day × 4 years ???

8/15/22     Request cares Act

_____         _____
      DATE                                 SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____         _____
      DATE                               REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE           CASE NUMBER: 1121162 R1

**Part C - RECEIPT**

                                       CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____         _____
      DATE                     SIGNATURE, RECIPIENT OF REGIONAL APPEAL

FPI-PEPR          PRINTED ON RECYCLED PAPER                               BP-230(13)
                                                                 JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: milchta michael _____ 76060-066 ___ H ___ Danbury fci
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL**

the BP-10 Clearly States that 4 months Later I still Did not Recieve a copy of the BP-9 nor did I recieve the wardens answer. I provided A reciept of Admin remedy and extention of time for response. Both these reciepts are proof the BP-9 was filed. the Copy of the B9 is in the Bop Admin remedy System. the Bop and Danbury have done everything to make it impossible to exhaust. I request cares act in may 2022 and every step was hindered by the Bop

Request cares Act transfer to home confinment

Due to cancer and medical neglect

10/5/22
DATE                                       SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

OCT 1 8 2022

Administrative Remedy Section
Federal Bureau of Prisons

_____        _____
DATE                                   GENERAL COUNSEL

FIRST COPY: WASHINGTON FILE COPY        CASE NUMBER: 1121112

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

                                           CASE NUMBER: _____

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____        _____
DATE                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN

BP-231(13)
JUNE 2002

```
                   REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 28, 2022



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MICHAEL MILCHIN, 76060-066
      DANBURY FCI    UNT: E   QTR: H03-019L
      ROUTE 37
      DANBURY,  CT 06811



FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1121162-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED  : OCTOBER 18, 2022
SUBJECT 1      : REDUCTION-IN-SENTENCE REQUEST
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.
```

NOV 14 PM 1:36

MICHAEL MILCHIN, 76060-066
DANBURY FCI    UNT: E    QTR: H03-019L
ROUTE 37
DANBURY,  CT 06811

JUN 3 AM10:54

MILCHIN, Michael
Reg. No. 76060-066
Appeal No. 1121162-R1
Page One

---

### Part B - Response

You appeal the response of the Warden of FCI Danbury regarding
your request for compassionate release. You state you have a
history of basal cell carcinoma and respiratory issues,
increasing your risk for COVID-19. You request reconsideration
of your compassionate release request.

A review of your appeal reveals the Warden adequately addressed
your concerns. Program Statement 5050.50, <u>Compassionate
Release/Reduction in Sentence: Procedures for Implementation of
18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, sets forth the medical
and non-medical criteria the Federal Bureau of Prisons considers
when determining an inmate's eligibility for a Reduction in
Sentence (RIS). Your Bureau Electronic Medical Record (BEMR)
shows you are currently able to perform Activities of Daily
Living independently and your medical conditions are being
managed appropriately at your current facility. In regards to
your diagnosis of basal cell carcinoma, surgery is pending
scheduling at this time. Your surgery is considered routine, and
will be scheduled accordingly. Based on your medical
assessments, you do not meet the criteria for a compassionate
release at this time.  Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to
the General Counsel, Federal Bureau of Prisons.  Your appeal
must be received in the Administrative Remedy Section, Office of
General Counsel, Federal Bureau of Prisons, 320 First Street,
N.W., Washington, D.C. 20534, within 30 calendar days of the
date of this response.

Date:  November 17, 2022            J. C. PETRUCCI
                                    Regional Director



**U.S. Department of Justice**
**Memorandum**
Federal Bureau of Prisons

*Central Office*                                                           *Washington, DC 20534*

April 13, 2021

**MEMORANDUM FOR CHIEF EXECUTIVE OFFICERS**

**FROM:**            **ANDRE MATEVOUSIAN, ASSISTANT DIRECTOR**
**CORRECTIONAL PROGRAMS DIVISION**

**SONYA D. THOMPSON, ASSISTANT DIRECTOR**
**REENTRY SERVICES DIVISION**

MICHAEL SMITH  Digitally signed by MICHAEL SMITH
Date: 2021.04.13 16:01:39 -04'00'

**M. D. SMITH, ASSISTANT DIRECTOR**
**HEALTH SERVICES DIVISION**

**SUBJECT:**            **HOME CONFINEMENT**

In our ongoing effort to protect the health and safety of staff and inmates during the COVID-19 pandemic, it is imperative to continue reviewing at-risk inmates for placement on home confinement in accordance with the CARES Act and guidance from the Attorney General.  This memorandum provides updated guidance and direction and supercedes the memorandum dated November 16, 2020.

The following factors are to be assessed to ensure inmates are suitable for home confinement under the CARES Act:

- Reviewing the inmate's institutional discipline history for the last twelve months (Inmates who have received a 300 or 400 series incident report in the past 12 months may

```
   DANA2   540*23  *          SENTENCE MONITORING        ·        *    01-30-2023
PAGE 001          *          COMPUTATION DATA                     *    17:06:06
                              AS OF 01-30-2023
```

REGNO..: 76060-066 NAME: MILCHIN, MICHAEL


```
FBI NO...........: 275369WC4          DATE OF BIRTH: 05-18-1980  AGE:  42
ARS1.............: DAN/A-DES
UNIT.............: E                   QUARTERS.....: H03-019L
DETAINERS........: NO                  NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 12-28-2027

FINAL STATUTORY RELEASE FOR INMATE.: 06-27-2029 VIA GCT REL
        WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 06-27-2028 VIA FSA REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

```
COURT OF JURISDICTION...........: PENNSYLVANIA, EASTERN DISTRICT
DOCKET NUMBER...................: DPAE2:17CR000284-001
JUDGE...........................: PAPPERT
DATE SENTENCED/PROBATION IMPOSED: 05-22-2018
DATE COMMITTED..................: 07-17-2018
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $2,200.00       $00.00          $00.00       $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $138,196.00

----------------------CURRENT OBLIGATION NO: 010 ----------------------
OFFENSE CODE....:  153    18:286,371 FRAUD, OTHER
OFF/CHG: 18:371 CONSPIRACY TO COMMIT HEALTH CARE FRAUD (CT-1).18:1347 &
        2 HEALTH CARE FRAUD (CT.2-6).21:846 CONSPIRACY TO DISTRIBUTE
        OXYCODONE (CT7).21:841(A)(1),(B)(1)(C) & 18:2 POSSESSION OF
        OXYCODONE WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF
        OXYCODONE (CT.21-35).

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  168 MONTHS
 TERM OF SUPERVISION............:    3 YEARS




G0002      MORE PAGES TO FOLLOW . . .
```

# Advanced Specialty Care

107 Newtown Road, Danbury, CT 06810
901 Ethan Allen Hwy, Ridgefield, CT 06877
131 Kent Rd, New Milford, CT 06776
488 Main Ave, Norwalk, CT 06851

07/14/2022

To Whom It May Concern:

Michael Milchin was seen at our dermatology clinic on 07/23/2021 for a basal cell carcinoma on the left nose. The biopsy was performed by another provider before this visit with me and the patient was seen to discuss treatment options. Surgical treatment, specifically Mohs surgery, is the treatment of choice for a basal cell carcinoma on the nose. To the best of my knowledge, the patient has not had the basal cell carcinoma surgically treated (no surgery was performed at our office and the patient was not seen after the initial 07/23/2021 visit). At the time of the visit, the patient was prescribed a temporary topical treatment called Aldara (imiquimod), with the understanding that the patient would schedule for surgical treatment after he left the facility. I recommend that the patient is seen by a Mohs surgeon or a plastic surgeon to discuss the next steps in management of his basal cell carcinoma.

If you require additional information please contact our office.

Sincerely,

*Provider:*
Timerman MD, Dmitriy  07/14/2022 1:36 PM

**Document generated by:  Amanda Shliger  07/14/2022**

*p. 67*

Milchin, Michael    000000368531 DOB: 05/18/1980 07/14/2022 01:35 PM Page: 1/1

**Advanced Specialty Care**
107 Newtown Rd, Danbury, CT 06810
901 Ethan Allen Highway, Ridgefield, CT 06877
131 Kent Rd, New Milford, CT 06776
488 Main Ave, Norwalk, CT 06851

Procedures:

## Informed Consent

### INFORMED CONSENT

Michael  Milchin    August 23, 2022
The risks and benefits of and alternatives to were discussed in detail and in lay terms with the patient and any accompanying family. This included, but was not limited to infection, bleeding, cosmetic changes, scarring, general anesthesia, revision surgery etc.The patient/parent was given ample time for questions. The patient/parent seemed satisfied w/the discussion and all questions seemed to be answered.

## To Be Scheduled / Ordered:

| Status | Order | Reason | Assessment | Timeframe | Appointment |
|--------|-------|--------|-----------|-----------|-------------|
| ordered | Excision of BCCA nose | | | | |
| ordered | full thickness skin graft from neck | | | | |

## Surgery to be Scheduled

Excision of BCCA nose

full thickness skin graft from neck

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Basal cell carcinoma of skin of nose (C44.311), nose. |
| | Patient Plan | I discussed excision of the skin cancer and full thickness skin graft from the neck. I discussed the cosmetic limitations of this option. |
| 2. | Other Orders | Orders not associated to today's assessments. |
| | Plan Orders | He will be scheduled for Excision of BCCA nose and full thickness skin graft from neck. |

Plan Order Comments:

| Status | Order | Reason | Assessment | Timeframe | Appointment |
|--------|-------|--------|-----------|-----------|-------------|
| ordered | Excision of BCCA nose | | | | |

Milchin, Michael   000000368531 DOB: 05/18/1980 08/23/2022 08:00 AM 2/3

**Advanced Specialty Care**
107 Newtown Rd, Danbury, CT 06810
901 Ethan Allen Highway, Ridgefield, CT 06877
131 Kent Rd, New Milford, CT 06776
488 Main Ave, Norwalk, CT 06851

ordered       full thickness skin graft from
neck


*Provider:*
Islam MD, Sohel M 08/23/2022 8:24 AM
*Document generated by:*   Sohel M. Islam MD 08/23/2022 08:24 AM

Milchin, Michael   000000368531 DOB: 05/18/1980 08/23/2022 08:00 AM 3/3



Ms Maya M Milichin
93 Alhambra Dr
Oceanside, NY 11572



Office of the Clerk
United States District Cou
915 Lafayette Boule

Bridgeport   CT 066